4/4/

SEALED

FILED

AUG 0 8 2018

Mark ~~C. McCartt~~, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No. **18 CR 171 CVE** |
| | ) |
| **Plaintiff,** | ) **FILED UNDER SEAL** |
| **v.** | ) |
| | ) **INDICTMENT** |
| **FNU LNU,** | ) [COUNTS 1 & 2: 18 U.S.C. §§ 1956(h) |
| a/k/a "Lobo," | ) and 1956(a)(2) - Money Laundering |
| **ALFREDO HERRERA,** | ) Conspiracy; |
| a/k/a "Don Herrera," | ) COUNT 3: 21 U.S.C. §§ 846, 841(a)(1), |
| **PEDRO PEREZ JR.,** | ) and 841(b)(1)(A)(viii) - Drug |
| **DOMINGO AGUIRRE,** | ) Conspiracy; |
| **JAVIER PASSEMENT,** | ) Forfeiture Allegation: 21 U.S.C. |
| **JOSE PEREGRINA-PAEZ,** | ) § 853(a) – Drug Forfeiture; |
| a/k/a "Guero," | ) COUNTS 4, 6, 8, & 10: 21 U.S.C. §§ |
| **YOLANDA NICOLE CARTER,** | ) 841(a)(1) and 841(b)(1)(B)(viii) – |
| a/k/a "Yoli," | ) Distribution of Methamphetamine; |
| a/k/a "Yolanda Blair," | ) COUNTS 5, 7, 9, & 11: 21 U.S.C. §§ |
| **MARIA ARRELLANO,** | ) 841(a)(1) and 841(b)(1)(B)(viii) – |
| a/k/a "Lucy," | ) Possession of Methamphetamine With |
| **CESIAH SANCHEZ,** | ) Intent to Distribute; |
| a/k/a: "Cesi," | ) COUNTS 12 & 14: 21 U.S.C. §§ |
| a/k/a "Mary," | ) 841(a)(1) and 841(b)(1)(A)(viii) – |
| **JAVIER HERNANDEZ,** | ) Distribution of Methamphetamine; |
| a/k/a "Gordo," | ) COUNTS 13, 15, & 16: 21 U.S.C. §§ |
| | ) 841(a)(1) and 841(b)(1)(A)(viii) – |
| **Defendants.** | ) Possession of Methamphetamine With |
| | ) Intent to Distribute; |
| | ) COUNT 17: 21 U.S.C. § 856(a)(1) - |
| | ) Maintaining a Drug Involved |
| | ) Premises; |
| | ) COUNTS 18 through 36: 21 U.S.C. |
| | ) § 843(b) - Use of a Communication |
| | ) Facility in Committing, Causing and |
| | ) Facilitating the Commission of a Drug |
| | ) Trafficking Felony] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 1956(h) and 1956(a)(2)]**

From at least as early as some time on or about April 2018, and continuing thereafter until the date of this Indictment, in the Northern District of Oklahoma and elsewhere, the defendants, **FNU LNU**, a/k/a "Lobo," **ALFREDO HERRERA**, a/k/a "Don Herrera," **DOMINGO AGUIRRE**, **JAVIER PASSEMENT**, **JOSE PEREGRINA-PAEZ**, a/k/a "Guero," **MARIA ARRELLANO**, a/k/a "Lucy," **CESIAH SANCHEZ**, a/k/a "Cesi," a/k/a "Mary," knowingly and intentionally combined, conspired, confederated, and agreed together, each with the other, and with others known and unknown to the Grand Jury, to commit the following offenses in violation Title 18, United States Code, Section 1956(a)(2):

>    (a) To transport, transmit, and transfer monetary instruments and funds from a place in the United States, that is, Tulsa, Oklahoma, to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, to-wit: distribution of methamphetamine in violation of Title 21, United States Code, Section 841(a)(1); and conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of Title 21, United States Code, Sections 846 and 841(a)(1), violations of Title 18, United States Code, Section 1956(a)(2)(A); and

>    (b) To transport, transmit, and transfer monetary instruments and funds from a place in the United States, that is, Tulsa, Oklahoma, to a place outside the United States, that is, Mexico, knowing that the monetary instruments and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportations, transmissions, and transfers were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to-wit: distribution of methamphetamine in violation of Title 21, United

2

States Code, Section 841(a)(1); and conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of Title 21, United States Code, Sections 846 and 841(a)(1), violations of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2).

## COUNT TWO
**[18 U.S.C. §§ 1956(h) and 1956(a)(2)]**

From at least as early as some time on or about May 2018, and continuing thereafter until the date of this Indictment, in the Northern District of Oklahoma and elsewhere, the defendants, **FNU LNU**, a/k/a "Lobo," **PEDRO PEREZ JR.**, **JOSE PEREGRINA-PAEZ**, a/k/a "Guero," **MARIA ARRELLANO**, a/k/a "Lucy," **CESIAH SANCHEZ**, a/k/a "Cesi," a/k/a "Mary," knowingly and intentionally combined, conspired, confederated, and agreed together, each with the other, and with others known and unknown to the Grand Jury, to commit the following offenses in violation Title 18, United States Code, Section 1956(a)(2):

(a) To transport, transmit, and transfer monetary instruments and funds from a place in the United States, that is, Tulsa, Oklahoma, to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, to-wit: distribution of methamphetamine in violation of Title 21, United States Code, Section 841(a)(1); and conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of Title 21, United States Code, Sections 846 and 841(a)(1), violations of Title 18, United States Code, Section 1956(a)(2)(A); and

(b) To transport, transmit, and transfer monetary instruments and funds from a place in the United States, that is, Tulsa, Oklahoma, to a place outside the United States, that is, Mexico, knowing that the monetary instruments and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportations, transmissions, and transfers were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to-wit: distribution of methamphetamine in violation of Title 21, United States Code, Section 841(a)(1); and conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of Title 21,

United States Code, Sections 846 and 841(a)(1), violations of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2).

## COUNT THREE
### [21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii)]

Beginning as early as on or about April 1, 2018, a more exact date being unknown to the Grand Jury, and continuing thereafter to the date of this Indictment, in the Northern District of Oklahoma and elsewhere, the defendants, **FNU LNU**, a/k/a "Lobo," **JOSE PEREGRINA-PAEZ** a/k/a "Guero," **YOLANDA NICOLE CARTER**, a/k/a "Yoli," **MARIA ARRELLANO**, a/k/a "Lucy," **CESIAH SANCHEZ**, a/k/a: "Cesi," a/k/a "Mary," **JAVIER HERNANDEZ,** a/k/a "Gordo," together and with others known and unknown to the Grand Jury (collectively "the conspirators"), did willfully, knowingly, and intentionally combine, conspire, confederate, and agree, each with the other, to commit offenses against the United States as follows:

(a) To possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(l); and

(b) To distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(l).

All in violation of Title 21, United States Code, Sections 846, 841(a)(1),  and 841(b)(1)(A)(viii).

## DRUG FORFEITURE ALLEGATION
### [21 U.S.C. § 853(a)]

The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of the drug conspiracy alleged in Count Three of this Indictment, as part of their sentence, the defendants **FNU LNU**, a/k/a "Lobo", **JOSE PEREGRINA-PAEZ** a/k/a "Guero," and **PEDRO PEREZ, JR.**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such conspiracy and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such conspiracy, including, but not limited to:

**MONEY JUDGMENTS**

A money judgment against Defendant **FNU LNU**, a/k/a "Lobo", in the amount of at least $250,000 because such proceeds were obtained by him as a result of the drug conspiracy.

A money judgment against Defendant **JOSE PEREGRINA-PAEZ** a/k/a "Guero," in the amount of at least $250,000 because such proceeds were obtained by him as a result of the drug conspiracy.

A money judgment against Defendant **PEDRO PEREZ, JR.** in the amount of at least $250,000 because such proceeds were obtained by him as a result of the drug conspiracy.

Pursuant to Title 21, United States Code, Section 853(p), the defendants shall forfeit substitute property, up to the value of the property described above if, by any act

7

or omission of the defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All pursuant to Title 21, United States Code, Section 853(a).

## <u>COUNT FOUR</u>
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]**

On or about May 22, 2018, in the Northern District of Oklahoma, the defendants, **JOSE PEREGRINA-PAEZ** a/k/a "Guero," **MARIA ARRELLANO**, a/k/a "Lucy," and others known to the Grand Jury, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

9

## COUNT FIVE
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]**

On or about May 22, 2018, in the Northern District of Oklahoma, the defendant, **JAVIER HERNANDEZ**, a/k/a "Gordo," and others known to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of  methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SIX
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about May 23, 2018, in the Northern District of Oklahoma, the defendants, **JOSE PEREGRINA-PAEZ** a/k/a "Guero," **MARIA ARRELLANO**, a/k/a "Lucy," and others known to the Grand Jury, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SEVEN
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about May 23, 2018, in the Northern District of Oklahoma, the defendant, **JAVIER HERNANDEZ**, a/k/a "Gordo," and others known to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHT
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about May 24, 2018, in the Northern District of Oklahoma, the defendants, **JOSE PEREGRINA-PAEZ** a/k/a "Guero," **MARIA ARRELLANO**, a/k/a "Lucy," and others known to the Grand Jury, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT NINE
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about May 24, 2018, in the Northern District of Oklahoma, the defendant, **JAVIER HERNANDEZ**, a/k/a "Gordo," and others known to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## <u>COUNT TEN</u>
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]**

On or about May 26, 2018, in the Northern District of Oklahoma, the defendants, **JOSE PEREGRINA-PAEZ** a/k/a "Guero," **MARIA ARRELLANO**, a/k/a "Lucy," and others known to the Grand Jury, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT ELEVEN
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about May 26, 2018, in the Northern District of Oklahoma, the defendant, **JAVIER HERNANDEZ**, a/k/a "Gordo," and others known to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWELVE
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]

On or about May 26, 2018, in the Northern District of Oklahoma, the defendants, **JOSE PEREGRINA-PAEZ** a/k/a "Guero," **MARIA ARRELLANO**, a/k/a "Lucy," and others known to the Grand Jury, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THIRTEEN
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]

On or about May 26, 2018, in the Northern District of Oklahoma, the defendant, **YOLANDA NICOLE CARTER**, a/k/a "Yoli," and others known to the Grand Jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FOURTEEN
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]**

On or about May 27, 2018, in the Northern District of Oklahoma, the defendants, **JOSE PEREGRINA-PAEZ** a/k/a "Guero," **MARIA ARRELLANO,** a/k/a "Lucy," and others known to the Grand Jury, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FIFTEEN
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]**

On or about May 27, 2018, in the Northern District of Oklahoma, the defendant, **JAVIER HERNANDEZ**, a/k/a "Gordo," and others known to the Grand Jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT SIXTEEN
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]

On or about May 28, 2018, in the Northern District of Oklahoma, the defendants,

**FNU LNU**, a/k/a "Lobo," **JOSE PEREGRINA-PAEZ**, a/k/a "Guero," and others known

and unknown to the Grand Jury, did knowingly and intentionally possess with intent to

distribute 500 grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT SEVENTEEN
### [21 U.S.C. § 856(a)(1)]

Beginning as early as in or about May 1, 2018, a more exact date being unknown to the Grand Jury, and continuing thereafter to May 28, 2018, in the Northern District of Oklahoma, the defendants, **FNU LNU**, a/k/a "Lobo," **JOSE PEREGRINA-PAEZ**, a/k/a "Guero," and others known and unknown to the Grand Jury, did knowingly use, and cause to be used, a place located at 259 South 104th East Avenue, Tulsa, Oklahoma, for the purpose of storing and distributing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNTS EIGHTEEN THROUGH THIRTY-SIX
### [21 U.S.C. § 843(b)]

On or about the dates listed below, in the Northern District of Oklahoma, the defendants, **FNU LNU**, a/k/a "Lobo," **JOSE PEREGRINA-PAEZ**, a/k/a "Guero," **YOLANDA NICOLE CARTER**, a/k/a "Yoli," **MARIA ARRELLANO**, a/k/a "Lucy," **CESIAH SANCHEZ**, a/k/a "Cesi," a/k/a "Mary," **JAVIER HERNANDEZ**, a/k/a "Gordo," **PEDRO PEREZ Jr.**, and others known to the Grand Jury, knowingly and intentionally used a communication facility, that is a telephone (cellular or otherwise), in committing, causing, and facilitating acts constituting felonies under Title 21, United States Code, Sections 841 and 846, in that the defendants used the telephones to discuss various matters concerning the conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, as set forth in the chart below:

| COUNT | DATE | DEFENDANT(S) | TARGET TELEPHONE and SESSION NO. | DESCRIPTION OF CALLS |
|-------|------|--------------|-----------------------------------|----------------------|
| 18. | 4/6/2018 | **FNU LNU**, a/k/a "Lobo," | **PASSEMENT** TT1<br><br>Session #377 | Conspirators discussing delivery of money. |
| 19. | 4/22/2018 | **FNU LNU**, a/k/a "Lobo," | **PASSEMENT** TT1<br><br>Session #3748 | Conspirators arranging delivery of money. |

| COUNT | DATE | DEFENDANT(S) | TARGET TELEPHONE and SESSION NO. | DESCRIPTION OF CALLS |
|-------|------|--------------|----------------------------------|----------------------|
| 20. | 5/22/2018 | Jose **PEREGRINA** and Yolanda **CARTER** | **PEREGRINA** TT2 Session #2 | Conspirators discussing possible delivery of methamphetamine. |
| 21. | 05/22/2018 | Maria **ARRELLANO** Yolanda **CARTER** | **PEREGRINA** TT2 Session #7 | Conspirators discussing possible delivery of methamphetamine. |
| 22. | 05/22/2018 | Jose **PEREGRINA** Javier **HERNANDEZ** | **PEREGRINA** TT2 Session #14 | Conspirators discussing possible delivery of methamphetamine. |
| 23. | 05/22/2018 | Jose **PEREGRINA** Maria **ARRELLANO** | **PEREGRINA** TT2 Session #22 | Conspirators arranging delivery of money. |
| 24. | 05/23/2018 | Jose **PEREGRINA** Javier **HERNANDEZ** | **PEREGRINA** TT2 Session #28 | Conspirators discussing possible delivery of methamphetamine. |

| COUNT | DATE | DEFENDANT(S) | TARGET TELEPHONE and SESSION NO. | DESCRIPTION OF CALLS |
|---|---|---|---|---|
| **25.** | 05/23/2018 | Jose **PEREGRINA** <br><br> Maria **ARRELLANO** | **PEREGRINA** <br><br> TT2 Session #42 | Updating coconspirator. |
| **26.** | 05/24/2018 | Jose **PEREGRINA** <br><br> Javier **HERNANDEZ** | **PEREGRINA** <br><br> TT2 Session #82 | Confirming arrangements to deliver methamphetamine. |
| **27.** | 05/24/2018 | Jose **PEREGRINA** <br><br> Maria **ARRELLANO** | **PEREGRINA** <br><br> TT2 Session #85 | Conspirators discussing delivery of money. |
| **28.** | 05/26/2018 | Jose **PEREGRINA** <br><br> Javier **HERNANDEZ** | **PEREGRINA** <br><br> TT2 Session #118 | Confirming arrangements to deliver methamphetamine. |
| **29.** | 05/26/2018 | Maria **ARRELLANO** <br><br> Yolanda **CARTER** | **PEREGRINA** <br><br> TT2 Session #119 | Confirming arrangements to deliver methamphetamine. |
| **30.** | 05/27/2018 | Jose **PEREGRINA** <br><br> Javier **HERNANDEZ** | **PEREGRINA** <br><br> TT2 Session #138 | Conspirators discussing arrangements for delivery of methamphetamine. |

| COUNT | DATE | DEFENDANT(S) | TARGET TELEPHONE and SESSION NO. | DESCRIPTION OF CALLS |
|---|---|---|---|---|
| 31. | 05/27/2018 | Jose **PEREGRINA** Javier **HERNANDEZ** | **PEREGRINA** TT2 Session #143 | Confirming arrangements to deliver methamphetamine. |
| 32. | 05/28/2018 | Jose **PEREGRINA** Yolanda **CARTER** | **PEREGRINA** TT2 Session #154 | Conspirators discussing arrangements for delivery of methamphetamine. |
| 33. | 05/28/2018 | Cesiah **SANCHEZ** Yolanda **CARTER** | **PEREGRINA** TT2 Session #159 | Updating coconspirator. |
| 34. | 05/28/2018 | Pedro **PEREZ** Jr | **PEREGRINA** TT1 Session #369 | Conspirators discussing delivery of money. |
| 35. | 05/28/2018 | Jose **PEREGRINA** Cesiah **SANCHEZ** | **PEREGRINA** TT1 Session #377 | Conspirators discussing delivery of money. |
| 36. | 05/28/2018 | Jose **PEREGRINA** Pedro **PEREZ** Jr. | **PEREGRINA** TT1 Session #379 | Conspirators discussing delivery of money. |

26

All in violation of Title 21, United States Code, Section 843(b).

R. TRENT SHORES                                    A TRUE BILL
UNITED STATES ATTORNEY

JOEL-LYN A. McCORMICK                              /s/ Grand Jury Foreperson
Assistant United States Attorney                   Grand Jury Foreperson