## CRIMINAL INFORMATION SHEET

Date: __8/24/2018__        Judge: ✓ Judge Doug Drummond
                              MJ McCarthy    Deputy:   Tami Calico

USPO: Hannah Massoth                  MJ Cleary        ✓ Stephanie Cope

Interpreter: ✓ Yes    No            MJ Jayne         Camie Portilloz

Case No. __18-cr-00171-CVE__     USA v. __Jose Peregrina-Paez__

Date of Arrest: __08/24/2018__    Arrested By: __US Marshal Service__      ✓ Detention Requested by AUSA

Bail Recommendation:          Unsecured

**Additional Conditions of Release:**

    a.    b. _____     p ( 1, 2, 3, 4, 5, 6 )
    c.    d.                           q ( 1, 2, 3, 4, 5, 6, 7, 8 )
    e. _____           r ( 1, 2, 3, 4, 5, 6 )
    f.    g.    h.    i.    j.           s
    k.    l.    m.    n.    o.         t (other)

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ✓ Yes    No

Defendant's Attorney: William Widell                     FPD;   ✓ Ct. Appt;    Ret Counsel

AUSA: Joel-lyn A. McCormick

**MINUTES:**

Interpreter: __Pilar Post__ ; ☐ Sworn

✓ Defendant appears in person for IA on:   ✓ Indictment;   ☐ Information;   ☐ Complaint;   ☐ Petition;   ☐ Rule 5
            with:    ☐ Ret Counsel;   ✓ FPD;   ☐ Ct. Appt;   ☐ w/o Counsel

✓ Financial Affidavit received and FPD/CJA appointed;   ✓ Present   ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
    ✓ Verified in open court
    ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:    ☐ of Indictment; ☐ of Preliminary Exam; ✓ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____ ; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

✓ Arraignment scheduled: __8/27/18__ at __2:00__ a.m./**p.m.**

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

✓ Defendant remanded to custody of U.S. Marshal:   ✓ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # __74__ ☐ Granted; ☐ Denied; ✓ Moot    Mot. for Hearing # __75__ ☐ Granted; ☐ Denied; ✓ Moot

Additional Minutes: _____
_____

Criminal Information Sheet                                                                   CR-24 (8/16)