**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | )   Case No.   18-CR-00171-CVE |
| **FNU LNU a/k/a "Lobo" et al.,** | ) |
| | ) |
| **Defendant(s).** | ) |

**NOTICE OF RELATED CASES**

Pursuant to Order No. M-128, the United States Attorney for the Northern District of Oklahoma gives the Clerk of this Court notice that *United States v. FNU LNU, a/k/a "Lobo,"* Case No. 18-CR-00171-CVE, is related to *United States v. Felix Ordaz-Miranda et al.,* Case No. 18-CR-00139-GKF, and each with the other.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY

*/s/ Joel-lyn A. McCormick*
Joel-lyn A. McCormick, OBA No. 18240
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | | |
|---|---|---|
| William Dixon Lunn<br>Wlunn@peoplepc.com<br>Attorney for Alfredo Herrera | George Steven Stidham<br>Gstidham@stidhamlawpc.com<br>Attorney for Pedro Perez, Jr. | Fred Randolph Lynn<br>Fredrandolphlynn@gmail.com<br>Attorney for Domingo Aguirre |
| Scott Anthony Troy<br>Scott.troy@morelaw.com<br>Attorney for Javier Passement | William Patrick Widell, Jr.<br>William_widell@fd.org<br>Attorney for Jose Peregrina-Paez | Stephen G. Layman<br>Steve@laymanmorris.com<br>Attorney for Yolanda Nicole Carter |
| Terry Lee Weber<br>Terry.weber@morelaw.com<br>Attorney for Maria Arrellano | Thomas Matthew Wright<br>Tom@wswlaw.com<br>Attorney for Cesiah Sanchez | John Mikel Dunn<br>Jmdunn@johndunnlaw.com<br>Attorney for Javier Hernandez |

*/s/ Joel-lyn A. McCormick*
Joel-lyn A. McCormick
Assistant United States Attorney