José-peregrina Paez
18-cr-171-CVE-6

Case Name: USA V peregrina paez José

Honorable Judge Claire V. Eagan

Please, I'm reclaiming six months that, I did the County Jail From the Date of offense in may 28 2018 to November, 22 2018 in the County Jail my jail credit is not added in my Hold sentence that is 156 Months Date Sentenced 11-22-2018 and my County jail credet is not Credit in my sentence

Repecfully Submitted

7-5-2021

José- peregrina paez...
Jose Peregrina Paez

___ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys  ✓ ___ No Env/Cpys    ___ O/J    ___ O/MJ

